**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD PULLEY,          )   NO. CV 14-7327-PA(E)
                      )
          Petitioner,  )
                      )
   v.                 )         JUDGMENT
                      )
PEOPLE OF THE STATE OF    )
CALIFORNIA,             )
                      )
          Respondent.  )
_____)

     Pursuant to the "Order of Dismissal,"

     IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

        DATED: September 25, 2014.

                           _____
                              PERCY ANDERSON
                    UNITED STATES DISTRICT JUDGE